1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10
11

| ERIN MONTGOMERY, | CASE NO. 20-CV-798-RSM |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER GRANTING USAA CASUALTY INSURANCE COMPANY'S MOTION TO TRANSFER VENUE (28 USC § 1404(a))** |
| USAA CASUALTY INSURANCE COMPANY, a foreign insurance company doing business in Washington state, | **CLERK'S ACTION REQUIRED** |
| Defendant. | |

12
13
14
15
16
17
18
19
20

Plaintiff Erin Montgomery and Defendant USAA Casualty Insurance Company ("USAA CIC") have agreed that this action should be transferred to the United States District Court for the Eastern District of Washington. A stipulation and proposed order effectuating the transfer follow below:

21
22
23

**I.**
**STIPULATION**

24
25

1. On July 20, 2020, USAA CIC filed a motion to transfer venue in this action to the Eastern District of Washington. (Dkt. No. 6.)

26
27

2. Following receipt of the motion, Plaintiff Erin Montgomery contacted USAA CIC and

28

STIPULATION AND ORDER
GRANTING
DEF. USAA CIC'S MOTION
TO TRANSFER VENUE
Case No. 20-CV-798-DWC – Page 1

DKM LAW GROUP LLP
1700 7th Avenue, Suite 2100
Seattle, Washington 98101
Tel: 206.407.2518

agreed to stipulate to the transfer.

3.  The parties agree that transfer of venue is "in the interest of justice" within the meaning of 28 U.S.C. § 1404(a).

4.  The parties further agree that the Eastern District of Washington is a venue where this action "might have been brought" within the meaning of 28 U.S.C. § 1404(a). Specifically, the parties agree that the Eastern District of Washington is "a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred," within the meaning of 28 U.S.C. § 1391(b)(2).

5.  The parties agree that no costs or attorney's fees should be assessed against either party.

6.  Based on the foregoing, the parties agree that the Court should GRANT Defendant USAA CIC's motion to transfer venue (Dkt. No. 6).


DKM LAW GROUP, LLP

Dated this 21st day of July, 2020.


By /s/ Brian R. Davis
    BRIAN R. DAVIS (WSBA No. 53414)
    brd@dkmlawgroup.com
    1700 7th Avenue, Suite 2100
    Seattle, WA 98101
    Attorneys for Defendant
    USAA CASUALTY INSURANCE
    COMPANY

GLP ATTORNEYS, P.S., INC.

Dated this 21st day of July, 2020.


By /s/ Janelle M. Carney
    JANELLE M. CARNEY (WSBA No. 53414)
    jcarney@glpattorneys.com
    601 West Main Avenue, Suite 305
    Spokane, WA  99201
    Attorneys for Plaintiff
    ERIN MONTGOMERY

STIPULATION AND ORDER
GRANTING
DEF. USAA CIC'S MOTION
TO TRANSFER VENUE
Case No. 20-CV-798-DWC – Page 2

DKM LAW GROUP LLP
1700 7th Avenue, Suite 2100
Seattle, Washington 98101
Tel: 206.407.2518

**II.**
**ORDER**

Having reviewed the foregoing stipulation of the parties and the motion of Defendant USAA CIC to transfer venue to the Eastern District of Washington, the Court ORDERS as follows:

1.  Defendant USAA CIC's Motion to Transfer Venue via 28 U.S.C. § 1404(a) (Dkt. No. 6) is GRANTED.

2.  The Clerk shall TRANSFER this action to the United States District Court for the Eastern District of Washington.

IT IS SO ORDERED.

Dated this 29th day of July, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

DKM LAW GROUP, LLP

Dated this 21st day of July, 2020.

By /s/ Brian R. Davis
    BRIAN R. DAVIS (WSBA No. 53414)
    brd@dkmlawgroup.com
    1700 7th Avenue, Suite 2100
    Seattle, WA 98101
    Attorneys for Defendant
    USAA CASUALTY INSURANCE COMPANY

STIPULATION AND ORDER
GRANTING
DEF. USAA CIC'S MOTION
TO TRANSFER VENUE
Case No. 20-CV-798-DWC – Page 3

DKM LAW GROUP LLP
1700 7th Avenue, Suite 2100
Seattle, Washington 98101
Tel: 206.407.2518