UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERIN MONTGOMERY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>USAA CASUALTY INSURANCE COMPANY, a foreign insurance company doing business in Washington state,<br><br>　　　　　　Defendants. | NO:  2:20-CV-0264-TOR<br><br>ORDER ON STIPULATED DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Order for Dismissal with Prejudice (ECF No. 28).  The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides that each party will bear their own costs and attorneys' fees.  The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER ON STIPULATED DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice, each party shall bear their own costs and attorneys' fees.

All deadlines, hearings and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

DATED October 27, 2021.



THOMAS O. RICE
United States District Judge